THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY WATTS, Respondent. [48 NYS3d 602]—Judgments, Supreme Court, New York County (Robert M. Stolz, J. at pleas; Daniel P. FitzGerald, J. at sentencing), rendered April 8, 2015, convicting defendant of two counts of criminal possession of a forged instrument in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 2½ to 5 years, unanimously affirmed.

The indictments, charging defendant with second-degree criminal possession of a forged instrument under Penal Law § 170.25, in that he possessed counterfeit concert and New York Knicks tickets, were not jurisdictionally defective. As we determined in an alternative holding in *People v Davis*, 127 AD3d 614 [1st Dept 2015], *lv denied* 26 NY3d 928 [2015]), such tickets were written instruments that purported to "evidence, create, transfer, terminate or otherwise affect a legal right, interest, obligation or status" (Penal Law § 170.10 [1]). We have considered and rejected defendant's arguments for revisiting our determination in *Davis*. Concur—Tom, J.P., Friedman, Mazzarelli, Kapnick and Kahn, JJ.